FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2016 SEP 19  A 10: 52

DISTRICT OF UTAH
MAIL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:

Saundra Dee Nelson

Case No: 12-22234
Chapter 13

Debtor(s)

## ORDER GRANTING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the check made payable to United Credit Recovery, in the amount of $569.33 was not charged against the bank account of the debtor(s)' estate within the ninety-day limit pursuant to 11 U.S.C.§347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah and

It further appearing that Dilks & Knopik, LLC as assignee to United Credit Recovery (Claimant) now claims entitlement to unclaimed funds set for the Claimant's Petition for Payment of Unclaimed Funds,

IT IS ORDERED, that the Clerk of the Bankruptcy Court pay the sum of $569.33, to:

Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065.

------------------------------------------- END OF ORDER -------------------------------------------